**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK GALLAGHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OASIS POWER, LLC, d/b/a OASIS ENERGY, a Texas limited liability company,<br><br>Defendant. | Case No.: 2:18-cv-00136-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

The response of Defendant Oasis Power, LLC, d/b/a "Oasis Energy" (hereafter, "Defendant") to Plaintiff Patrick Gallagher's Complaint is currently due February 19, 2018. In compliance with Local Rules 6-1 and 6-2, and in light of the need for additional time to prepare an adequate response, counsel for the parties have agreed and hereby stipulate, subject to the approval of the Court, to extend Defendant's time to answer, move, or otherwise respond to the Complaint to March 19, 2018. This is the first request for an extension of time to file a response.

IT IS SO STIPULATED.

/s/ *David H. Krieger*
David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
(702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

*Counsel for Plaintiff Patrick Gallagher*

/s/ *C. Erik Hawes*
C. Erik Hawes (NV Bar No. 7739)
Morgan, Lewis & Bockius, LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel: (713) 890-5455
Fax: (713) 890-5001
Email: erik.hawes@morganlewis.com

*Counsel for Defendant Oasis Power, LLC*

IT IS SO ORDERED:

_____
Cam Ferenbach, United States Magistrate Judge
DATED:_____
2-12-2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court and has been sent electronically this 9th day of February, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 9th day of February, 2018.

>/s/ *C. Eric Hawes*
> C. Erik Hawes