David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*
*PARTICK GALLAGHER*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

PARTICK GALLAGHER, individually and on behalf of all others similarly situated,

          Plaintiff,

v.

OASIS POWER, LLC D/B/A OASIS ENERGY, a Texas limited liability company,

          Defendant.

Case No. 2:18-cv-00136-JCM-VCF

**STIPULATION AND ORDER DISMISSING ACTION AS TO OASIS POWER, LLC D/B/A OASIS ENERGY**

Plaintiff PARTICK GALLAGHER and Defendant OASIS POWER, LLC D/B/A OASIS ENERGY hereby stipulate and agree that the above-entitled action

…

…

…

…

shall be dismissed <u>with prejudice</u> as to Plaintiff PARTICK GALLAGHER, individually, in accordance with Fed. R. Civ. P. 41 (a)(2) as to OASIS POWER, LLC D/B/A OASIS ENERGY. All claims of the putative class members are dismissed <u>without prejudice</u>. Each party shall bear its own attorney's fees, and costs of suit.

Dated: March 23, 2018

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*
PARTICK GALLAGHER

By:

/s/Clay Erik Hawes, Esq.
Clay Erik Hawes, Esq.
Nevada Bar No. 7739
1000 Louisiana Street
Suite 4000
Houstin, TX 77002
713-890-5000
Fax: 713-890-5001
Email: ehawes@morganlewis.com

*Attorney for Defendant*
OASIS POWER, LLC
d/b/a OASIS ENERGY

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: March 26, 2018
_____